UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>　　　　Plaintiff,<br><br>v.<br><br>JOHN DOE subscriber assigned IP address 24.218.184.15,<br><br>　　　　Defendant. | Civil Action No. 1:23-cv-10399-NMG |

**MOTION FOR LEAVE TO SERVE A THIRD PARTY**
**SUBPOENA PRIOR TO A RULE 26(f) CONFERENCE**

Pursuant to Fed. R. Civ. P. 26(d)(1), and upon the attached: (1) Memorandum of Points and Authorities in support of this motion; (2) Declaration of David Williamson in support of this motion; (3) Declaration of Patrick Paige in support of this motion; and (4) Declaration of Susan B. Stalzer in support of this motion; Strike 3 Holdings, LLC ("Plaintiff") respectfully moves for entry of an order granting it leave to serve a third party subpoena on Comcast Cable, prior to a Rule 26(f) conference (the "Motion"). A proposed order is attached for the Court's convenience.

Dated: 02/25/2023　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　By:　　/s/ *Jacqueline M. James*
　　　　　　　　　　　　　　　　　　　　Jacqueline M. James, Esq. (BBO #706668)
　　　　　　　　　　　　　　　　　　　　The James Law Firm, PLLC
　　　　　　　　　　　　　　　　　　　　445 Hamilton Avenue, Suite 1102
　　　　　　　　　　　　　　　　　　　　White Plains, New York 10601
　　　　　　　　　　　　　　　　　　　　T: 914-358-6423
　　　　　　　　　　　　　　　　　　　　F: 914-358-6424
　　　　　　　　　　　　　　　　　　　　E-mail: jjames@jacquelinejameslaw.com
　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*

1

## CERTIFICATE OF SERVICE AND L.R. 7.1(a)(2) STATEMENT

Pursuant to Local Rules 5.2(b), 7.1(a)(2), and 7.1(c), I hereby certify that a true copy of the above document was electronically filed the with the Clerk of the Court using CM/ECF. Since Defendant's identity is unknown, I was unable to send a copy of the foregoing documents to Defendant or Defendant's counsel prior to filing in this matter.

By:  /s/  *Jacqueline M. James*